BRYAN SCHRODER
United States Attorney

WILLIAM A. TAYLOR
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: William.taylor@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. |
|---|---|
| Plaintiff, | ) <u>COUNT 1</u>: |
| vs. | ) FELON IN POSSESSION OF A FIREARM |
| | )   Vio. of 18 U.S.C. §§ 922(g)(1), 924(a)(2) |
| MICA JUSTIN MESSINGER, | ) |
| Defendant. | ) <u>CRIMINAL FORFEITURE ALLEGATION</u> |
| | )   18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) |

I N D I C T M E N T

The Grand Jury charges that:

## COUNT 1

On or about March 4, 2017, in the District of Alaska, the defendant, MICA JUSTIN MESSINGER, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, to wit: Kel Tec Model PF9, 9mm semi-automatic pistol.

All of which is in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

Convictions:

| Date | Offense | Court | Case No. |
|---|---|---|---|
| June 7, 2013 | Attempted Misconduct Involving Controlled Substances in the Third Degree | State of Alaska | 3AN-13-3786CR |
| January 6, 2006 | Misconduct Involving a Controlled Substance in the Fourth Degree | State of Alaska | 3AN-05-10864CR |

## CRIMINAL FORFEITURE ALLEGATION

Upon conviction of Count 1 of this Indictment, the defendant, MICA JUSTIN MESSINGER, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearm or ammunition involved in or used in knowing violation of the offense, including, but not limited to the following:

Kel Tec Model PF9, 9mm semi-automatic pistol, serial no. SVG96.

All pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ James E. Stinson
WILLIAM A. TAYLOR
United States of America
Assistant U.S. Attorney

s/ Bryan Wilson for
BRYAN SCHRODER
United States of America
United States Attorney

DATE: 12/12/17